No. 372 May 6, 2026 315

***This is a nonprecedential memorandum opinion
pursuant to ORAP 10.30 and may not be cited
except as provided in ORAP 10.30(1).***

IN THE COURT OF APPEALS OF THE
STATE OF OREGON

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

JASON TYLER POWELL,
*Defendant-Appellant.*

Marion County Circuit Court
22CR11985; A186741

Audrey J. Broyles, Judge.

Submitted March 13, 2026.

Ernist G. Lannet, Chief Defender, Criminal Appellate Section, and Laura A. Frikert, Deputy Public Defender, Oregon Public Defense Commission, filed the brief for appellant.

Lauren P. Robertson, Assistant Attorney General, waived appearance for respondent.

Before Lagesen, Chief Judge, and Egan, Judge.*

LAGESEN, C. J.

Affirmed.

_____
* Determined by a two-judge department as authorized by ORS 2.570(2)(b).

**LAGESEN, C. J.**

Defendant appeals a judgment revoking probation. Appointed counsel filed a brief pursuant to ORAP 5.90 and *State v. Balfour*, 311 Or 434, 814 P2d 1069 (1991). The brief does not contain a Section B. *See* ORAP 5.90(1)(b). We affirm.

Defendant pleaded guilty to one count of second-degree robbery and one count of attempted first-degree robbery and was sentenced to 60 months of probation. Defendant later admitted to a probation violation and stipulated to the availability of consecutive sanctions. The trial court revoked probation and imposed consecutive sentences of 38 and 19 months of imprisonment, and 36 months of post-prison supervision.

Having reviewed the record, including the trial court file, the transcript of the hearings, and the *Balfour* brief, and taking into account our statutorily circumscribed authority to review, we have identified no arguably meritorious issues.

Affirmed.